## UNITED STATES of America Plaintiff—Appellee,

v.

## David THOMAS Defendant—Appellant.

No. 00–2093.

United States Court of Appeals, Sixth Circuit.

May 2, 2002.

Before GUY and BATCHELDER, Circuit Judges; and WALTER, District Judge.*

* The Honorable Donald E. Walter, U.S. District Court for the Western District of Louisiana, sitting by designation.

## ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

It is **ORDERED** that the judgment of the district court be, and it hereby is, AFFIRMED for reasons as stated from the bench.